In the Matter of HARRY J. SCHADLER, Appellant, against MARK GRAVES, as Commissioner of Taxation and Finance of the State of New York, Respondent.

Argued February 28, 1940; decided March 15, 1940.

*Samuel D. Smoleff* for appellant.

*John J. Bennett, Jr., Attorney-General (Patrick H. Clune* and *Everett D. Mereness* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.